FILED IN
COURT OF CRIMINAL APPEALS

September 8, 2015

ABEL ACOSTA, CLERK

05-15-00064-cr
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/2/2015 4:34:18 PM
Accepted 9/8/2015 8:44:57 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## AUSTIN TEXAS

_____

| | | |
|---|---|---|
| **EX PARTE** | § | |
| **RYAN EDWARD SCHULLER** | § | **COURT OF APPEALS** |
| | § | **NO. 05-15-00064-CR** |
| | § | |
| **V.** | § | **TRIAL COURT DOCKET** |
| | § | **NO.  WX13-90021-U** |
| **THE STATE OF TEXAS** | § | |

_____

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW
## FROM THE COURT OF APPEALS
## FIFTH JUDICIAL DISTRICT
## DALLAS, TEXAS

_____

### ROBERT W. BUCHHOLZ

State Bar No. 03290600
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201
Tel.   214-754-5500
Fax.   214-754-9100
bob@attorneybob.com

Attorney for Appellant
Ex parte Ryan Edward Schuller

| | | |
|---|---|---|
| EX PARTE | § | |
| RYAN EDWARD SCHULLER | § | COURT OF APPEALS |
| | § | NO. 05-15-00064-CR |
| | § | |
| V. | § | TRIAL COURT DOCKET |
| | § | NO.  WX13-90021-U |
| THE STATE OF TEXAS | § | |

## MOTION TO EXTEND TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

**COMES NOW, RYAN EDWARD SCHULLER**, Petitioner in the above entitled and numbered cause, and submits this his motion for an extension of 30 days until Monday, October 5, 2015, to file his Petition for Discretionary Review pursuant to Rule 68.2 and Rule 10.5(b) of the Texas Rules of Appellate Procedure. In support of this motion, Petitioner shows the court the following:

### I.

On December 31, 2014, the trial Court granted Petitioner's Application for a Writ of Habeas Corpus, in the 291ST Judicial District Court of Dallas County, Texas, the Honorable Jennifer Balido presiding, cause No. WX13-90021-U.

### II.

The State of Texas timely filed its Notice of Appeal and the Fifth Court of Appeals at Dallas reversed the Granting of the Writ by Memorandum Opinion and Judgment on June 15, 2015, in Appeal Number 05-15-00064-CR.

## III.

After an extension of time to file a Motion for Rehearing a timely Motion for Rehearing was filed on July 21, 2015, which was denied by the Dallas Court of Appeals on August 5, 2015.

## IV.

Petitioner's deadline to file his Petition for Discretionary Review is September 4, 2015.

## V.

This is Petitioner's first Motion to Extend Time to File Petition for Discretionary Review.

## VI.

Due to a heavy court schedule and travel, counsel has been unable to complete said Petition for Discretionary Review and needs additional time to prepare Appellant's petition. Counsel is a solo practitioner and has been traveling to and from surrounding counties, and to Harris County extensively in the last thirty days for court appearances and meditations and has been away from his office for an extended period during the last thirty days. Counsel's office is in Dallas, Texas.

## VII.

Counsel has traveled to Harris County, Texas and other Counties besides Dallas County extensively during the last thirty days on the following matters:

Cause No. 2013-26783, Nicolas Raby and Pamela Raby vs. Carnegie Homes

& Construction, LLC, in the 125th Judicial District Court of Harris County, Texas;

Cause No. 2014-04952, Funda Sahin vs. Carnegie Homes & Construction, LLC., and Ram A. Gupta, in the 133rd Judicial District Court of Harris County, Texas;

Cause No. 2015-03817, Carnegie Homes & Construction, LLC vs. Silvana Nieto and Japhed Gerardo Rodriguez, d/b/a Popular Plumbing, in the 157th Judicial District Court of Harris County, Texas.

Cause No. 2015-07848, Developer Design Group, LLC a/k/a DSG Realty vs. Carnegie Homes & Construction, LLC, in the 190th Judicial District Court of Harris County, Texas.

Mediation on claims of Steven & Ladonna Barras and Carnegie Homes & Construction, LLC

Cause No. 81240, Matthew Sidley vs. Maria De Los Angeles Clark, in the 196th Judicial District Court of Hunt County, Texas.

VIII.

This motion is not made for purposes of delay, but rather that the end of justice may be served.

WHEREFORE, Petitioner prays the Court grant this motion and extend by 30 days the deadline for filing his Petition for Discretionary Review.

Respectfully submitted,

*The Law Office of Robert W. Buchholz, P.C.*

*/s/ Robert W. Buchholz*

By:_____
      Robert W. Buchholz
      Texas Bar No: 03290600
      bob@attorneybob.com
      420 S. Cesar Chavez Blvd, Suite 300
      Dallas, Texas 75201
      Tel.  (214) 754-5500
      Fax.  (214) 754-9100

**STATE OF TEXAS** §
                         §
**COUNTY OF DALLAS** §

On this day personally appeared Robert W. Buchholz, who stated under oath as follows:

"My name is Robert W. Buchholz. I am the attorney representing the Petitioner/Appellant in this cause. I have read the foregoing Request, and swear that the matters contained in such request arc true and correct."

Signed: September 2, 2015.

_____
Robert W. Buchholz

SWORN TO AND SUBSCRIBED before me on this the 2ND day of September, 2015, to which witness my hand and seal of office.



CHRISTOPHER A. MARTIN
Notary Public, State of Texas
My Commission Expires
March 29, 2019

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

This is to certify that on September 2, 2015, a true and correct copy of the above and foregoing document was served on Mr. Brian P. Higginbotham, Assistant District Attorney of Dallas County, Texas, by e-mail to brian.higginbotham@dallascounty.org and to the State Prosecuting Attorney, P. O. Box 12405, Austin, Texas 78711, by First Class U.S. Mail..

*/s/ Robert W. Buchholz*

_____
Robert W. Buchholz